# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

## CRIMINAL NO. 4:96CR53

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CEDRIC HUSKEY ) | |

**THIS MATTER** is before the Court on Defendant's motion to file a motion for reduction of sentence and supporting exhibits under seal.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the motion for reduction of sentence and supporting exhibits shall be filed under seal and remain sealed until further order of this Court.

Signed: November 3, 2008

Lacy H. Thornburg
United States District Judge